**Order entered January 20, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00959-CV

## IN THE INTEREST OF D.B.S., B.L.S., B.L.P., D.E.S., AND A.B.P., CHILDREN

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85179**

### ORDER

Before the Court is the children's motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 29, 2021. *Because this is an accelerated appeal in a parental termination case, we caution that failure to file the brief by the 29th may result in an order for the trial court to conduct a hearing to determine if new counsel should be appointed for the children so as to ensure they are effectively represented.*

/s/     CRAIG SMITH
          JUSTICE